**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| DANIEL KRUG, on his own behalf and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 3:15-cv-1354 |
| v. ) ) | Chief Judge Michael J. Reagan |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, ) ) ) ) | Magistrate Judge Donald G. Wilkerson |
| Defendant. ) | |

## **DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendant, American Family Mutual Insurance Company (hereinafter "American Family"), through its attorneys, hereby moves to dismiss the first amended complaint filed by Plaintiff, Daniel Krug (hereinafter "Plaintiff"), with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiff lacks standing to sue for a violation of the Illinois Insurance Code Section 155 (215 ILCS 5/155), lacks standing to sue for a violation of the Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 *et seq.*), fails to plead fraud with the specificity required by Federal Rule of Civil Procedure 9(b) and otherwise fails to state a claim. In support of its motion, American Family incorporates its Memorandum in Support of Defendant's Motion to Dismiss the Complaint, filed contemporaneously herewith.

WHEREFORE, Defendant American Family Mutual Insurance Company respectfully requests this Court to dismiss the first amended complaint, with prejudice and for such other relief it deems just and appropriate.

Dated: March 4, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/Heather H. Harrison
　　　　　　　　　　　　　　　　　　John A. Roberts (#6220432)
　　　　　　　　　　　　　　　　　　Heather H. Harrison (#6299693)
　　　　　　　　　　　　　　　　　　FAEGRE BAKER DANIELS LLP
　　　　　　　　　　　　　　　　　　311 South Wacker Drive
　　　　　　　　　　　　　　　　　　Suite 4400
　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　Tel: (312) 212-6500
　　　　　　　　　　　　　　　　　　Fax: (312) 212-6501
　　　　　　　　　　　　　　　　　　john.roberts@faegrebd.com
　　　　　　　　　　　　　　　　　　heather.harrison@faegrebd.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant American Family Mutual Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of March, 2016, I electronically filed the foregoing **DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT** with the Clerk of the Court to be served by operation of the Court's CM/ECF system upon all counsel of record.

      By:    /s/Heather H. Harrison
             John A. Roberts (#6220432)
             Heather H. Harrison (#6299693)
             FAEGRE BAKER DANIELS LLP
             311 South Wacker Drive
             Suite 4400
             Chicago, IL 60606
             Tel: (312) 212-6500
             Fax: (312) 212-6501
             john.roberts@faegrebd.com
             heather.harrison@faegrebd.com

             *Attorneys for Defendant American Family Mutual Insurance Company*